No. 11-252. Lee Investment LLC, dba The Island, Petitioner v. United States Fidelity and Guaranty Company, et al.

565 U.S. 1035, 132 S. Ct. 577, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8202.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 641 F.3d 1126.

No. 11-295. Harold Lee Harvey, Jr., Petitioner v. Barry Reddish, Warden, et al.

565 U.S. 1035, 132 S. Ct. 577, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8229.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 629 F.3d 1228.

No. 11-298. Rosemarie Clampitt, Petitioner v. James P. Geurin, et ux.

565 U.S. 1035, 132 S. Ct. 578, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8137,

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of Arkansas denied.

Same case below, 2010 Ark. App. 558.

No. 11-300. Michael David Sebba, Petitioner v. Linda Littleton.

565 U.S. 1035, 132 S. Ct. 578, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8092.

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

No. 11-304. Peter A. Crawford, Petitioner v. Wolverine, Proctor & Schwartz, Inc., et al.

565 U.S. 1035, 132 S. Ct. 578, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8136,

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-312. Gailon A. Joy and Robert Pickle, Petitioners v. Three Angels Broadcasting Network, Inc., et al.

565 U.S. 1035, 132 S. Ct. 580, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8227.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-313. Tuan Anh Do, Petitioner v. Phuong Duc Dang, et al.

565 U.S. 1035, 132 S. Ct. 581, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8286.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 11-314. Kim A. Bodnar, Petitioner v. James J. Lestitian.

565 U.S. 1035, 132 S. Ct. 581, 181 L. Ed. 2d 422, 2011 U.S. LEXIS 8170.

November 14, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 998 A.2d 1020.